UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION

**In the Matter of:**

**LORI LYNN HEILIG**

CHAPTER 13 PROCEEDING
CASE NUMBER: 08-20557
HONORABLE: DANIEL S OPPERMAN

Debtor(s)
_____/

## NOTICE OF MOTION TO DISMISS

The Chapter 13 Trustee has filed papers with the court requesting to Motion to Dismiss the above debtor(s) case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the enclosed Motion to Dismiss, or if you want the court to consider your views on the Motion to Dismiss, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:o

U.S. Bankruptcy Court
111 First Street
P.O. Box 911
Bay City, Michigan 48707

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Thomas W. McDonald, Jr.
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766

2. If a response or an answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: June 2, 2012

/s/Thomas W. McDonald, Jr.
Thomas W McDonald, Jr.
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

oResponse or answer must comply with F.R.Civ. P (8)(b), 8) and (e)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION

In the Matter of:

**LORI LYNN HEILIG**

CHAPTER 13 PROCEEDING
CASE NUMBER: 08-20557
HONORABLE: DANIEL S OPPERMAN

Debtor(s)
_____/

## MOTION TO DISMISS

NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and states as follows:

(1) That the debtor hereinabove filed a petition in Chapter 13 Bankruptcy proceedings on February 28, 2008.

(2) That the debtor's plan was Confirmed April 24, 2008.

(3) That the Trustee filed a Motion to Dismiss January 19, 2009 and case was Dismissed February 10, 2009 with approximately $$6,000.00 in arrears with the last payment September 2008.

(4) That the case was re-opened March 23, 2009 with an increase in plan payments and plan payments started April 2009.

(5) That the case is not feasible to complete timely.

(6) That the debtor is deceased as of May 24, 2012. See exhibit B.

(7) That the debtor's acts as described hereinabove as a material default by the debtor with respect to the term of a confirmed plan as required by 11 U.S.C. §1307c)(6).

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable court to dismiss this case, and further requests that the Trustee be allowed reasonable time to submit a final report and account regarding the Debtor named hereinabove, and further relief deemed just by this court.

Dated: June 2, 2012

/s/Thomas W. McDonald, Jr.
Thomas W McDonald, Jr.
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION

**In the Matter of:**

                          **CHAPTER 13 PROCEEDING**
**LORI LYNN HEILIG**          **CASE NUMBER: 08-20557**
                          **HONORABLE: DANIEL S OPPERMAN**

      Debtor(s)

_____/

**Thomas W. McDonald, Jr.**
**Chapter 13 Trustee**
**3144 Davenport Avenue**
**Saginaw, Michigan 48602**
**Telephone: (989) 792-6766**
ecf@mcdonald13.org
_____/

# ORDER DISMISSING CASE

Upon the motion of the Chapter 13 Trustee, pursuant to 11 USC §1307 8),

    **IT IS HEREBY ORDERED that this case is DISMISSED.**

    **2. IT IS FURTHER ORDERED that:**

    a. The Court retains jurisdiction to receive and pass upon the final report of the Chapter 13 Trustee and to make such further orders with the respect to fees, costs, other distribution and the discharge of the Chapter 13 Trustee as may be necessary or proper;

    b. The order previously entered, requiring the debtor(s) or another to pay over funds to the Trustee, is hereby vacated; and that said persons shall no longer be required to make such payments and are hereby released from further liability with respect thereto;

    c. The debtor(s) shall comply with the requirements of F.R. Bankr.P. 1019.

## EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN- NORTHERN DIVISION

**In the Matter of:**

|  |  |
|---|---|
|  | CHAPTER 13 PROCEEDING |
| **LORI LYNN HEILIG** | CASE NUMBER: 08-20557 |
|  | HONORABLE: DANIEL S OPPERMAN |

     Debtor(s)
_____/

## CERTIFICATE OF SERVICE TRUSTEE'S MOTION TO DISMISS

     I, the undersigned, do hereby certify that on June 2, 2012, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF systems which will send notification of such filing to the following:

    Henry Sefcovic     sefcovic2002@yahoo.com

and hereby certify that I have mailed by United States Postal Service the Papers to the following non-ECF participants:

    Lori L Heilig
    998 N Meredian Road
    Sanford Mi 48657

                                  /s/Shirley Barber
                                  Shirley Barber
                                  Office of Thomas W. McDonald, Jr.
                                  Chapter 13 Trustee
                                  3144 Davenport Avenue
                                  Saginaw, Michigan 48602
                                  Telephone: (989) 792-6766
                                  ecf@mcdonald13.org