UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:   Lori Lynn Heilg,　　　　　　　　　　　CHAPTER:7
　　　　　　　　　　　　　　　　　　　　　　　　　FILE NO.:08-20557
　　　　　　　　　　　　　　　　　　　　　　　　　HON. DANIEL S. OPPERMAN

　　　　　Debtor(s).
_____/
ATTORNEY SEFCOVIC, P.C.
Henry J. Sefcovic P24882
817 Washington Ave. Suite 300
Bay City, MI  48708
(989) 892-1200
Sefcovic2002@yahoo.com
_____/

## DEBTORS ANSWER TO MOTION TO DISMISS

　　　　　NOW COMES, the Debtors Lori Heilg, by and through her attorney, Henry J. Sefcovic and states:

　　　　　1.　　Debtor's Attorney has been unable to contact Debtor's family.  Once Debtor's Attorney contact the Debtor's family, a more thorough answer will be filed.

　　　　　WHEREFORE, the Debtor's respectfully request that this Court deny the Trustees Motion to Dismiss, and grant the Debtor's all such further relief as is just and equitable.


DATED:  June 11, 2012　　　　　　　　　　　　/s/ Henry J. Sefcovic_____
　　　　　　　　　　　　　　　　　　　　　　　　　HENRY J. SEFCOVIC P24882
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　　　817 Washington Ave. Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　　Bay City, Mi 48708
　　　　　　　　　　　　　　　　　　　　　　　　　(989)-892-1200