UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

LORI LYNN HEILIG

CHAPTER 13 PROCEEDINGS
CASE NUMBER: 08-20557
HONORABLE: DANIEL S OPPERMAN

**Debtor(s)**
_____/

Thomas W McDonald Jr.
Chapter 13 Trustee
3144 Davenport
Saginaw Mi 48602
Telephone 989 792-6766
ecf@mcdonlad13.org

## ORDER DISMISSING CASE

Upon the motion of the Chapter 13 trustee, pursuant to 11 USC Section 1307(c):

**IT IS HEREBY ORDERED** that this case is:

1. **DISMISSED**

2. **IT IS FURTHER ORDERED** that:

   a. The Court retains jurisdiction to receive and pass upon the final report of the Chapter 13 trustee and to make such further Orders with the respect to fees, costs, other distribution and the discharge of the Chapter 13 trustee as may be necessary or proper;

   b. The order previously entered, requiring the Debtor(s) or another to pay over funds to the Trustee, is hereby vacated; and that said persons shall no longer be required to make such payments and are hereby released from further liability with respect hereto;

   c. The debtor(s) shall comply with the requirements of F.R. Bankr.P. 1019.

.

**Signed on July 20, 2012**

                                            /s/ Daniel S. Opperman
                                            Daniel S. Opperman
                                            United States Bankruptcy Judge